```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
C.M., individually and on behalf of J.M., a                 :
child with a disability,                                    :
                                                            :
                              Plaintiffs,                   :      21-CV-5799 (VSB)
                                                            :
                    -against-                               :      ORDER
                                                            :
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION,                                                  :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Plaintiff's letter regarding the Case Management Plan in a pending Second Circuit appeal ("*Y.G.*"). (Doc. 74.) The *Y.G.* Case Management Plan indicates that if either party to this case appeals the judgment during the pendency of *Y.G.*, this case may be remanded following the Court of Appeals' resolution of *Y.G.* (Doc. 74-1 at 9.) Accordingly, it is hereby:

ORDERED that by August 16, 2024, the parties shall submit a joint letter informing me of their position(s) as to whether I should resolve this case before the Second Circuit issues its decision in *Y.G.*

SO ORDERED.

Dated:   August 9, 2024
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge