**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
C.M.,
individually and on behalf of her child J.M., a minor,

                    Plaintiff,

    -against-                                      21 **CIVIL** 5799(VSB)(BM)

                                                                     **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 5, 2024, that Plaintiff's motion for summary judgment is GRANTED IN PART, and that judgment be awarded to plaintiff in the amount of $25,908.26, consisting of $17,077.75 for legal fees incurred in the underlying administrative proceeding, $8,428.51 for fees incurred in this civil action, and $402 in costs. Accordingly, the case is closed.

**Dated:** New York, New York
         September 6, 2024

                                                        **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                           **BY:** _____
                                                       **Deputy Clerk**