UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                          :

C.M., *individually and on behalf of* J.M., *a*    :
*child with a disability*,                        :
                                          :

                      Plaintiff,     :          21-CV-5799 (VSB)
                                          :
             -against-              :                 **ORDER**
                                          :

NEW YORK CITY DEPARTMENT OF      :
EDUCATION,                        :
                                          :

                     Defendant.    :
                                          :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       On September 5, 2024, I issued an Opinion & Order adopting Magistrate Judge Moses'

Report & Recommendation that judgment be awarded to Plaintiff in the amount of $25,908.26,

consisting of $17,077.75 for legal fees incurred in the underlying administrative proceeding,

$8,428.51 for fees incurred in this civil action, and $402 in costs. (*See* Doc. 77 ("Opinion &

Order"); Doc. 52 ("Report & Recommendation").) On September 6, 2024, the Clerk of Court

issued the Judgment. (Doc. 78 ("Judgment").) On October 3, 2024, Plaintiff filed a notice of

appeal of the Report & Recommendation, Opinion & Order, and the Judgment. (Doc. 79.)

       On November 21, 2024, the Court of Appeals issued an order stating that Plaintiff's

appeal was "REMANDED for further proceedings in the district court following [that] Court's

determination of [*Y.G. v. New York City Department of Education*,] 22-1184(L) and the other

tandem appeals." (Doc. 81.) On November 22, 2024, I entered an order staying this action

pending the Court of Appeals' resolution of *Y.G.* (Doc. 82.) My order also vacated the

Judgment in light of the Court of Appeals' remand. (*Id.*)

On July 24, 2025, the Second Circuit issued a decision affirming the District Court decisions in their entirety. *See Y.G. v. New York City Dep't of Educ.*, No. 22-1184-CV, 2025 WL 2080218, at *2 (2d Cir. July 24, 2025) (affirming judgments of the District Court and finding that "[i]n each case, the District Court exercised its discretion to (1) weigh the evidence submitted, including the parties' respective requested rates and hour calculations, as well as prior awards ordered in similar cases, (2) consider the relevant *Johnson* factors holistically, and (3) apply appropriate discounts and deductions").

On October 10, 2025, the parties filed a joint status update notifying me that "[o]n September 25, 2025, the Second Circuit declined a rehearing, whether *en banc* or otherwise; and on October 3, 2025, the Second Circuit issued a Mandate." (Doc. 86.) Therefore, the parties state that "[b]ased upon the across-the-board affirmation of all decisions on all issues, there is currently no new guidance for the parties to provide beyond this District's decisions." (*Id.*) The parties request that I "lift the stay in this matter and proceed to render a decision on the pending motion." (*Id.*) I note, however, that there is no motion currently pending. Instead, my November 22, 2024 order vacated the Judgment. Accordingly, it is hereby:

ORDERED that the stay I entered on November 22, 2024, (Doc. 82), is lifted.

IT IS FURTHER ORDERED that, no later than October 27, 2025, the parties shall submit a joint letter, not to exceed three (3) single-spaced pages, setting forth their respective positions on the status of the case and whether the Court should reinstate the Judgment previously issued on November 22, 2024.

SO ORDERED.

Dated:    October 10, 2025
          New York, New York

VERNON S. BRODERICK
United States District Judge