```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
C.M., individually and on behalf of her child              :
J.M., a minor,                                             :
                                                           :
                              Plaintiff,                   :      21-CV-5799 (VSB)
                                                           :
                - against -                                :      ORDER
                                                           :
                                                           :
NEW YORK CITY DEPARTMENT OF                                :
EDUCATION,                                                 :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On September 5, 2024, I issued an Opinion & Order adopting Magistrate Judge Moses' Report & Recommendation that judgment be awarded to Plaintiff in the amount of $25,908.26, consisting of $17,077.75 for legal fees incurred in the underlying administrative proceeding, $8,428.51 for fees incurred in this civil action, and $402 in costs.  (*See* Doc. 77 ("Opinion & Order"); Doc. 52 ("Report & Recommendation").)  On September 6, 2024, the Clerk of Court issued the Judgment.  (Doc. 78 ("Judgment").)  On October 3, 2024, Plaintiff filed a notice of appeal of the Report & Recommendation, Opinion & Order, and the Judgment.  (Doc. 79.)

On November 21, 2024, the Court of Appeals issued an order stating that Plaintiff's appeal was "REMANDED for further proceedings in the district court following [that] Court's determination of [*Y.G. v. New York City Department of Education*,] 22-1184(L) and the other tandem appeals."  (Doc. 81.)  On November 22, 2024, I entered an order staying this action pending the Court of Appeals' resolution of *Y.G*.  (Doc. 82.)  My order also vacated the Judgment in light of the Court of Appeals' remand.  (*Id.*)

On July 24, 2025, the Second Circuit issued a decision affirming the District Court decisions in their entirety. *See Y.G. v. New York City Dep't of Educ.*, No. 22-1184-CV, 2025 WL 2080218, at *2 (2d Cir. July 24, 2025) (summary order) (affirming judgments of the District Court and finding that "[i]n each case, the District Court exercised its discretion to (1) weigh the evidence submitted, including the parties' respective requested rates and hour calculations, as well as prior awards ordered in similar cases, (2) consider the relevant *Johnson* factors holistically, and (3) apply appropriate discounts and deductions").

On October 10, 2025, the parties filed a joint status update notifying me that "[o]n September 25, 2025, the Second Circuit declined a rehearing, whether *en banc* or otherwise; and on October 3, 2025, the Second Circuit issued a Mandate." (Doc. 86.) Therefore, the parties state that "[b]ased upon the across-the-board affirmation of all decisions on all issues, there is currently no new guidance for the parties to provide beyond this District's decisions." (*Id*.) On October 10, 2025, I issued an order lifting the stay I entered on November 22, 2024, (Doc. 82), and directed the parties to submit a joint letter by October 27, 2025, setting forth their respective positions on the status of the case and whether I should reinstate the Judgment previously issued on November 22, 2024. (Doc. 87.)

On October 27, 2025, the parties filed a joint status update stating that "[b]ased on the across-the-board affirmation of all decisions on all issues, there is currently no new guidance for the parties to provide beyond this District's decision" and requesting that I "re-enter the Judgment and then close the case." (Doc. 88.) Accordingly, it is hereby:

ORDERED that original Judgment, (Doc. 78), be re-entered, awarding Plaintiff the amount of $25,908.26, consisting of $17,077.75 for legal fees incurred in the underlying administrative proceeding, $8,428.51 for fees incurred in this civil action, and $402 in costs. The

Clerk of Court is respectfully directed to re-enter the original Judgment (Doc. 78), based on my Opinion & Order dated September 5, 2024, (Doc. 77), and the parties' joint status letter dated October 27, 2025, (Doc. 88), and to close the case.

SO ORDERED.

Dated: October 28, 2025
      New York, New York

                                      Vernon S. Broderick
                                      United States District Judge