**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
C.M.,
individually and on behalf of her child J.M., a minor,

                        Plaintiff,

     -against-                                      21 CIVIL 5799(VSB)(BM)

                                                                       **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated September 5, 2024 and Order dated October 28, 2025, that Plaintiff's motion for summary judgment is GRANTED IN PART, and that judgment be awarded to plaintiff in the amount of $25,908.26, consisting of $17,077.75 for legal fees incurred in the underlying administrative proceeding, $8,428.51 for fees incurred in this civil action, and $402 in costs.  Accordingly, the case is closed.

**Dated:**  New York, New York

        October 28, 2025

                                                                TAMMI M. HELLWIG
                                                                  Clerk of Court

                                    **BY:**
                                                             _____
                                                                       Deputy Clerk